# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARY DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:07-cv-01578 OWW TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

　　　　Plaintiff Rose Mary Duncan ("plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying her claim for benefits under the Social Security Act.

　　　　This Court issued its November 20, 2007, scheduling order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA").  The scheduling order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110."  (Doc. 6).

　　　　On April 9, 2008, the SSA filed its notice of lodging, and on April 14, 2008, the SSA lodged the administrative record to initiate the briefing.  (Doc. 8; see Dkt. Entry 9).  The Court calculates July 18, 2008 as the deadline to file and serve plaintiff's opening brief.  Plaintiff has filed no opening brief in compliance with this Court's orders.

　　　　Accordingly, this Court ORDERS plaintiff, no later than August 4, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders.

///

This Court will vacate this Order to Show Cause if plaintiff files and serves her opening brief no later than July 31, 2008.

**Plaintiff is admonished that failure to timely comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated:  **July 23, 2008**                                                      /s/ Theresa A. Goldner
                                                                               UNITED STATES MAGISTRATE JUDGE