IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARY DUNCAN,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No.  1:07-cv-01578 OWW TAG<br><br>ORDER VACATING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF<br>(Doc. 11) |

On July 23, 2008, this Court issued an order to show cause ("OSC") directing Plaintiff Rose Mary Duncan ("plaintiff") to show cause as to why sanctions should not be imposed for her failure to timely file an opening brief in this action. (Doc. 11). The OSC ordered plaintiff to file a written explanation on or before August 4, 2008, but provided her with the alternative of filing and serving an opening brief by July 31, 2008. (Id.). On July 30, 2008, plaintiff filed a motion for summary judgment, which this Court deems equivalent to an opening brief. (Doc. 12).

Accordingly, for good cause shown, IT IS HEREBY ORDERED that the July 23, 2008 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 13, 2008**                                   /s/ Theresa A. Goldner
                                                                       UNITED STATES MAGISTRATE JUDGE