IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARY DUNCAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant.<br>_____ | Case No. 1:07-cv-01578-OWW-TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT<br>(Doc. 18)<br><br>ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT |

Plaintiff Rose Mary Duncan ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381 *et seq*.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and Local Rule 72-302 (c)(15).

On February 17, 2009, the Magistrate Judge issued findings and recommendations recommending that the case be remanded pursuant to sentence four of 42 U.S.C. 405(g), and that Plaintiff's complaint be granted.  (Doc. 18).  The findings and recommendations were served on all parties on February 17, 2009, and contained notice that any objections to the findings and recommendations were to be filed on or before March 2, 2009.  (*Id.*).  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil

1

Procedure 72(b), and Local Rule 72-304, this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations filed on February 17, 2009, are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on February 17, 2009, are ADOPTED IN FULL;

2. Plaintiff's complaint is GRANTED and the matter is ORDERED remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceeding as delineated in the findings and recommendations; and

3. The Clerk of Court is DIRECTED to enter judgment for Plaintiff Rose Mary Duncan and against Defendant Michael J. Astrue, and to close this action.

IT IS SO ORDERED.

**Dated:   March 4, 2009**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE