```
LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Michael. Cabotaje@ssa.gov


Attorneys for Defendant
Commissioner of Social Security
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARY DUNCAN,        ) | CASE NO. 1:07-CV-01578-OWW-BAK |
|                         ) | DLB |
|         Plaintiff,      ) | |
|                         ) | STIPULATION AND ORDER SETTLING |
|      v.                 ) | ATTORNEY'S FEES PURSUANT TO THE |
|                         ) | EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE,      ) | EAJA) |
| Commissioner of         ) | |
| Social Security,        ) | |
|                         ) | |
|         Defendant.      ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of five thousand five hundred dollars and zero cents ($5500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute any admission of liability on the part of Defendant under the EAJA.  Payment of fees in the amount of five thousand five hundred dollars and zero cents ($5500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

                                        Respectfully submitted,

Dated: August 6, 2009          /s/ Joel David Leidner*
                               *(As authorized via facsimile dated 8/6/09)
                               JOEL DAVID LEIDNER
                               Attorney for Plaintiff

Dated: August 6, 2009          LAWRENCE G. BROWN
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ Michael A. Cabotaje
                               MICHAEL A. CABOTAJE
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

   IT IS SO ORDERED.

   **Dated:   August 10, 2009**               **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2